Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
Meghan@mydisabilityattorney.com
CA Bar ID: 258040
Attorney for Plaintiff, Patricia D. Hodson

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, Bar ID 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CA SBN 216963
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Tel: (510) 970-4864
  Fax: (415) 744-0134
  E-mail: Mary.Tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA D. HODSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-00048-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SEVEN HUNDRED DOLLARS and 00/100 ($700.00) and no costs under the Equal Access to Justice Act (EAJA), 28 U.S.C.

§§ 2412(d), 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA, or otherwise. Payment of SEVEN HUNDRED DOLLARS and 00/100 ($700.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Meghan O. Lambert, including Osterhout Berger Disability Law, LLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: July 13, 2022    /s/ Meghan O. Lambert
MEGHAN O. LAMBERT
Attorney for Plaintiff

Dated: July 13, 2022    PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Mary Tsai*
Mary Tsai
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature obtained via email on 7/13/2022).

IT IS SO ORDERED:

DATE: July 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE